THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENDRICK A. ROBINSON**                                                                 **PLAINTIFF**

v.                                          **Case No. 4:24-cv-00248-KGB**

**GARY LANDRETH,** *et al.*                                                         **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Benicia B. Moore (Dkt. No. 38). No party has filed objections to the Recommended Disposition, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's finding in all respects. Plaintiff Kendrick A. Robinson's complaint is dismissed without prejudice due to lack of prosecution (Dkt. No. 2). The Court therefore declines to adopt Judge Moore's Partial Recommended Dispositions (Dkt. Nos. 4; 36) and denies as moot all pending motions (Dkt. Nos. 17; 29). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal would not be taken in good faith. Judgment will be entered accordingly.

It is so ordered this 27th day of January, 2025.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge